E. Leif Reid
NV Bar No. 5750
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
One East Liberty Street, Suite 300
Reno, NV 89501
Tel: (775) 823-2900
lreid@lewisroca.com

Adam L. Bird, (*pro hac vice*)
D.C. Bar No. 1005485
**CALHOUN BHELLA & SECHREST LLP**
2121 Wisconsin Avenue N.W., Suite 200
Washington, D.C. 20007
Tel: (202) 804-6031
abird@cbsattorneys.com

*Attorneys for Plaintiffs Encompass Health Rehabilitation Hospital of Desert Canyon, LLC; Encompass Health Rehabilitation Hospital of Las Vegas, LLC; and Encompass Health Rehabilitation Hospital of Henderson, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ENCOMPASS HEALTH REHABILITATION HOSPITAL OF DESERT CANYON, LLC; ENCOMPASS HEALTH REHABILITATION HOSPITAL OF LAS VEGAS, LLC; and ENCOMPASS HEALTH REHABILITATION HOSPITAL OF HENDERSON, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendants. | Case No.: 2:22-cv-01912-JAD-BNW<br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |

Plaintiffs, Encompass Health Rehabilitation Hospital of Desert Canyon, LLC, Encompass Health Rehabilitation Hospital of Las Vegas, LLC, and Encompass Health Rehabilitation Hospital of Henderson, LLC (collectively "Encompass Health"), by and through their undersigned counsel, hereby seek leave to file an amended complaint to incorporate additional final agency decisions rendered by Defendant since Plaintiffs filed

121445000.1

1  their original complaint. The Defendant, through counsel, has indicated that he does not
2  oppose the relief sought herein.

## BACKGROUND

4  1. This is an action for judicial review of 189 final agency decisions involving various Medicare reimbursement disputes issued by the Medicare Appeals Council ("Council") on behalf of Xavier Becerra in his official capacity as the Secretary of the U.S. Department of Health and Human Services ("the Secretary"). Encompass Health filed a consolidated Complaint for Judicial Review on November 11, 2022.

2. Encompass Health served the Secretary with the consolidated complaint on or about January 9, 2023.

3. On March 10, 2023, the Secretary filed an Unopposed Motion to Stay the Case until July 10, 2023 to allow sufficient time for Council staff to prepare the underlying administrative records. *See* 42 U.S.C. § 405(g) (incorporated by reference into the Medicare statute at 42 U.S.C. § 1395ff(b)).

4. Since Plaintiffs filed their complaint in this matter, the Council has continued to issue adverse reimbursement determinations as to Encompass Health's pending appeals. Each of those determinations carries federal district court appeal rights pursuant to 42 U.S.C. § 1395ff(b). As of the date of this submission, Encompass Health has received approximately 44 such determinations.

## DISCUSSION

5. Plaintiffs wish to exercise their appeal rights as to the Council's most recent unfavorable decisions. The bases for those decisions are substantially similar to the agency determinations included with Encompass Health's original complaint.

6. Instead of filing a new complaint and subsequent motion to consolidate that case with the instant matter, Encompass Health proposes to file an amended complaint that incorporates the Council's most recent decisions.

7. Federal Civil Rule 15 governs the process for amending pleadings. There is a strong public policy in favor of permitting amendment, and the Ninth Circuit has made

clear that Rule 15(a) should be applied with "extreme liberality." *Underwood v. O'Reilly Auto Enter., LLC*, 342 F.R.D. 338, 342 (D. Nev. 2022) (quotation omitted).

8. When weighing a motion for leave to amend, courts typically consider the following factors: (1) bad faith; (2) undue delay; (3) prejudice to the opposing party; (4) futility of the amendments; and (5) whether the plaintiff has previously amended the complaint. *Id.*

9. None of the foregoing factors is present here. There is no bad faith because Encompass Health is simply exercising its statutory appeal rights. The Secretary's counsel has not informed Plaintiffs that addition of the new agency decisions to the pending matter will result in undue delay. The amended pleading would not be futile, and Encompass Health has not previously amended its complaint.

10. Absent a showing of undue prejudice or a strong showing as to any of the remaining factors, there is a presumption that leave to amend should be granted. *Id.*

11. Encompass Health was unable to amend the existing complaint as a matter of right under Rule 15(a)(1)(A) because the Council's most recent decisions were issued between mid-April and mid-May, which was more than 21 days after Encompass Health served the Secretary.

12. Encompass Health similarly cannot wait until the Secretary files his Answer after July 10, 2023 to amend pursuant to Rule 15(a)(1)(B) because that would be more than 60 days after Plaintiffs received the Council's most recent decisions. *See* 42 C.F.R. § 405.1130 (a party must file a complaint in federal court contesting a Council decision within 60 days of receiving such decision).

13. Granting Encompass Health's motion would promote efficiency and judicial economy because it would eliminate the need for Plaintiffs to file a second complaint, serve the Secretary, and then file a motion to consolidate the new case with the instant matter.

/ / /

/ / /

/ / /

## CONCLUSION

There is no evidence of prejudice, delay, bad faith, or futility. Encompass Health has not previously been given an opportunity to amend its complaint, and the Secretary does not oppose the relief sought herein. Therefore, the presumption in favor of leave to amend has not been overcome, and the Court should grant Encompass Health's motion and provide Plaintiffs with 10 days from the date of the Court's order to file an amended complaint.

Dated this 12th day of June, 2023.

LEWIS ROCA
ROTHGERBER CHRISTIE LLP

By: /s/ E. Leif Reid
E. Leif Reid
NV Bar No. 5750
One East Liberty Street, Suite 300
Reno, NV 89501
Tel: (775) 823-2900
lreid@lewisroca.com

Adam L. Bird, (*pro hac vice*)
D.C. Bar No. 1005485
**CALHOUN BHELLA & SECHREST LLP**
2121 Wisconsin Avenue N.W., Suite 200
Washington, D.C. 20007
Tel: (202) 804-6031
abird@cbsattorneys.com

*Attorneys for Plaintiffs Encompass Health Rehabilitation Hospital of Desert Canyon, LLC; Encompass Health Rehabilitation Hospital of Las Vegas, LLC; and Encompass Health Rehabilitation Hospital of Henderson, LLC*

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: June 13, 2023

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of Lewis Roca Rothgerber Christie LLP, and that on the 12th day of June, 2023, I caused the foregoing **UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** to be served by electronically filing the foregoing with the CM/ECF electronic filing system, which will send notice of electronic filing to:

>Jason M. Frierson
>United States Attorney, District of Nevada
>Summer A. Johnson
>Assistant United States Attorney
>Stephen R. Hanson II
>Assistant United States Attorney
>501 Las Vegas Boulevard, South, Suite 1100
>Las Vegas, Nevada 89101

*/s/ Melani Kim Rudkin*
Employee of Lewis Roca Rothgerber Christie LLP

121445000.1

- 5 -